Fang Realty Corp. v Prime Six, Inc. (2022 NY Slip Op 51341(U))

[*1]

Fang Realty Corp. v Prime Six, Inc.

2022 NY Slip Op 51341(U)

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY TOUSSAINT, JJ

2021-539 K C

Fang Realty Corp., Appellant-Respondent,
against
Prime Six, Inc., Respondent-Appellant. 

Opinion withdrawn from publication by the State Reporter because it duplicates 
the opinion published at
2022 NY 
Slip Op 51214(U).